83,514-01

Mario Meza # 1829227
Holliday Unit
295 IH-45 North
Huntsville Tx 77320
11.10.15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 1 7 2015

Abel Acosta, Clerk

RE: Meza, Mario Guadalupe
CCA No. WR-83,514-01
Trial Court Case No. 11-CR-0345-83-1

Mr. Acosta,
     I am writing to inform you of my new address.
I would like the change to be made and my file
updated. Also I would like to know the status of my
appeal. Please inform me once you have received
this so that way I can have something for my records

THANK YOU, SINCERELY,

Mario Meza # 1829227
Holliday Unit
295 IH-45 North
Huntsville Tx 77320